*946 C. A. 11th Cir.;
C. A. 6th Cir. Reported below: 105 Fed. Appx. 811;
C. A. 5th Cir. Reported below: 112 Fed. Appx. 965;
C. A. 9th Cir. Re-
ported below: 116 Fed. Appx. 119;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 311;
C. A. 9th Cir. Reported below: 111 Fed. Appx. 505;
C. A. 1st Cir. Reported below: 389 F. 3d 54;
C. A. 1st Cir. Reported below: 389 F. 3d 225;
C. A. 5th Cir. Reported below: 112 Fed. Appx. 991;
C. A. 5th Cir. Reported below: 115 Fed. Appx. 687;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 334;
C. A. 4th Cir. Reported below: 116 Fed. Appx. 446;
C. A. 5th Cir. Reported below: 111 Fed. Appx. 283;
C. A. 5th Cir. Reported below: 116 Fed. Appx. 512;
C. A. 5th Cir. Reported below: 113 Fed. Appx. 643;
C. A. 5th Cir. Reported below: 117 Fed. Appx. 905;
C. A. 5th Cir. Reported below: 112 Fed. Appx. 991;
C. A. 9th Cir. Reported below: 122 Fed. Appx. 301;
C. A. 5th Cir. Reported below: 101 Fed. Appx. 522;
*947 No. 04-8768.
No. 04-8775.
No. 04-8881.
C. A. 11th Cir. Reported below: 116 Fed. Appx. 863;
C. A. 6th Cir. Reported below: 115 Fed. Appx. 310; and
C. A. 6th Cir. Reported below: 110 Fed. Appx. 600. Motions of petitioners for leave to proceed informa pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).